UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

ANDREW D. MASLOW,

                                          Plaintiff,      **NOTICE OF APPEARANCE**

             -against-

THE CITY OF NEW YORK, TONI OWENS and JOHN      07 CV 10648 (VM)
and JANE DOES,

                                        Defendants.

------------------------------------------------------------------- x

        **PLEASE TAKE NOTICE** that **Stuart E. Jacobs**, Assistant Corporation Counsel, on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, appears herein as counsel of record for defendant City of New York in this action.

Dated: New York, New York
         December 26, 2007

                                                      MICHAEL A. CARDOZO
                                                    Corporation Counsel
                                                    of the City of New York
                                                    Attorney for Defendant City of New York
                                                    100 Church Street, Rm. 3-311
                                                    New York, New York 10007
                                                    (212) 788-0899

                                        By:    _____
                                                    Stuart E. Jacobs (SJ 8379)
                                                    Assistant Corporation Counsel
                                                    Special Federal Litigation Division

To:     BY ECF
        Andrew Maslow