ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDEW MASLOW,

                Plaintiff,

  -against-

THE CITY OF NEW YORK, TONI
OWNES, AND JOHN AND JANE DOES,

                Defendants.

NOTICE OF
INITIAL CONFERENCE
IN PRO SE ACTION

07 Civ. 10648 (VM)

**VICTOR MARRERO, United States District Judge.**

    A pretrial conference has been scheduled in the above captioned matter. The plaintiff and counsel for all other parties are directed to appear before the Honorable Victor Marrero for an initial case management conference, in accordance with Rule 16 of the Federal Rules of Civil Procedure, on **April 4, 2008 at 3:15 p.m.**, in Courtroom 20B at the United States Courthouse, 500 Pearl Street, New York, New York. Principal trial counsel must appear at this and all subsequent conferences.

    The parties are directed to confer and complete a Scheduling Order and Case Management Plan to be submitted at the conference (form enclosed). The parties are directed to review Judge Marrero's Individual Practices, which may be obtained at the Clerk's Office on the first floor of the United States Courthouse, 500 Pearl Street, New York, New York, or by visiting the Court's internet site at www.nysd.uscourts.gov. Requests for adjournment must be in writing and otherwise in accordance with Judge Marrero's Individual Practices. **Plaintiff Andrew Maslow is directed to advise defendant and its counsel of this conference date.**

Dated: New York, New York
       3 March 3, 2008

                                                  Victor Marrero
                                                  U.S.D.J.

MICROFILMED MAR - 4 2008 -9 ᴀᴍ

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-3-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
:
                    Plaintiff(s),  :
:        \_\_\_\_\_ Civ. _____ (VM)
    - against -                    :
:        **CIVIL CASE MANAGEMENT PLAN**
:        **AND SCHEDULING ORDER**
                  Defendant(s).  :
------------------------------------------------------------------X

This Scheduling Order and Case Management Plan is adopted in accordance with Fed. R. Civ. P. 16-26(f).

1.    This case (is)(is not) to be tried to a jury: [circle one]

2.    Joinder of additional parties to be accomplished by _____.

3.    Amended pleadings may be filed without leave of the Court until _____.

4.    Initial disclosure pursuant to Fed. R. Civ. P. 26(a)(1) to be completed within fourteen (14) days of the date of the parties' conference pursuant to Rule 26(f), specifically by not later than _____.

5.    All <u>fact</u> discovery is to be completed either:

    a.    Within one hundred twenty (120) days of the date of this Order, specifically by not later than _____; or

    b.    Within a period exceeding 120 days, with the Court's approval, if the case presents unique complexities or other exceptional circumstances, specifically by not later than _____.

6.    The parties are to conduct discovery in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of New York. The following interim deadlines may be extended by the parties on consent without application to the Court, provided the parties are certain that they can still meet the discovery completion date ordered by the Court.

    a.    Initial requests for production of documents to be served by _____.

    b.    Interrogatories to be served by all party by _____.

    c.    Depositions to be completed by _____.

        i.    Unless the parties agree or the Court so orders, depositions are not to be held until all parties have responded to initial requests for document production.

        ii.    Depositions of all parties shall proceed during the same time.

        iii.    Unless the parties agree or the Court so orders, non-party depositions shall follow party depositions when possible.

    d.    Any additional contemplated discovery activities and the anticipated completion date:
        _____

    e.    Requests to Admit to be served no later than _____.

7. All <u>expert</u> discovery (ordinarily conducted following the completion of fact discovery) including parties' expert reports and depositions, witness lists and identification of documents pursuant to Fed. R. Civ. P. 26(a)(2), (3) and 35(b), is to be completed by:

    a.    Plaintiff _____.

    b.    Defendant _____.

8. Contemplated motions:

    a. Plaintiff: _____

    b. Defendant: _____

9. Following all discovery, all counsel must meet for at least one hour to discuss settlement, such conference to be held by not later than _____.

10. Do all parties consent to trial by a Magistrate Judge under 28 U.S.C. § 636(c)?

    Yes _____    No _____

----

## TO BE COMPLETED BY THE COURT:

11. The next Case Management Conference is scheduled for _____.

In the event the case is to proceed to trial, a firm trial date and the deadline for submission of the Joint Pretrial Order and related documents shall be scheduled at the pretrial conference following either the completion of all discovery or the Court's ruling on any dispositive motion.

The Joint Pretrial Order should be prepared in accordance with Judge Marrero's Individual Practices. If this action is to be tried before a jury, proposed voir dire and jury instructions shall be filed with the Joint Pretrial Order. No motion for summary judgment shall be served after the deadline fixed for the Joint Pretrial Order.

**SO ORDERED:**

DATED:    New York, New York
              _____

                                                                _____
                                                                VICTOR MARRERO
                                                                U.S.D.J.