*Member of the New York State Bar*

**LAW OFFICE OF
ANDREW D. MASLOW**
*275 West 96th Street
New York, NY 10025*

*Intellectual Property Law*

*(212) 639-6181
(212) 717-3439 (fax)*

March 21, 2008

Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street, Room 660
New York, NY 10007

BY FAX: 212 805-6382

Re: Maslow v. City of New York et al; 07 CV 10648 (VM)

Dear Judge Marrero:

I would like to request an adjournment in the above identified action for the pre-trial conference set for April 4, 2008 at 3:15 PM. I have just been notified the only time available to over 10 other participants for a settlement teleconference in another case is April 4, 2008 and that this conference and will likely last until at least 4PM. I am one of many essential participants in this conference.

I have tried to reach Stuart Jacobs, counsel for defendants, but was unable to do so today. He and I have been discussing settlement on this action and I have no reason to believe that he would not consent to an adjournment.

I hope that you will be able act quickly on this request and will reschedule the initial pre-trial conference as soon as possible. It would be greatly appreciated if someone could send me a fax or give me a call regarding this request.

Respectfully submitted,

Andrew D. Maslow

cc:     Stuart E. Jacobs, Esq.
        The City of New York Law Department
        100 Church Street
        New York, NY  10007
        BY FAX: 212 788-9776

Request GRANTED. The *next status* conference herein is rescheduled to *4-11-08* at *9:30 a.m.*

SO ORDERED.

*3-24-08*
DATE                          VICTOR MARRERO, U.S.D.J.