USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-8-08

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
ANDREW D. MASLOW,                    :
                                     :    07 Civ. 10648 (VM)
                    Plaintiff,       :
                                     :    CONDITIONAL
     - against -                     :    ORDER OF DISCONTINUANCE
                                     :
THE CITY OF NEW YORK,                :
                                     :
                    Defendant.       :
------------------------------------ X
```

**VICTOR MARRERO, United States District Judge.**

Counsel for defendant, on behalf of the parties, having notified the Court, by letter dated April 8, 2008, a copy of which is attached, that the parties have reached an agreement in principle to settle this action without further litigation, it is hereby

**ORDERED**, that this action be conditionally discontinued without prejudice and without costs; provided, however, that within sixty (60) days of the date of this Order, the parties may submit to the Court their own Stipulation of Dismissal for the Court to So Order. Otherwise, within such time counsel for plaintiff may apply by letter for restoration of the action to the active calendar of this Court in the event by the deadline indicated the settlement is not consummated. Upon such notification, the defendant shall continue to be subject to the Court's jurisdiction, the Court shall promptly reinstate the action to its active docket and the parties shall be directed to appear before the Court, without the necessity of additional process, on a date within thirty days of the

plaintiff's application for reinstatement, to schedule remaining pre-trial proceedings and/or dispositive motions, as appropriate. This Order shall be deemed a final discontinuance of the action with prejudice in the event plaintiff has not requested restoration of the case to the active calendar within such period of time.

The conference scheduled for April 11, 2008 is canceled but shall be rescheduled as set forth above in the event plaintiff notifies the Court that the parties' settlement was not effectuated and that such conference is necessary to resume pretrial proceedings herein.

The Clerk of Court is directed to close this case.

**SO ORDERED.**

Dated:     NEW YORK, NEW YORK
           8 April 2008

                                    _____
                                       VICTOR MARRERO
                                         U.S.D.J.



MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

Stuart E. Jacobs
*Assistant Corporation Counsel*
Tel.: (212) 788-0899
Fax: (212) 788-9776

April 8, 2008

**VIA FAX (212) 805-6382**
Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street, Room 660
New York, NY 10007

Re: Maslow v. City of New York et al., 07 CV 10648 (VM)

Dear District Judge Marrero:

I respectfully write on behalf of all parties to advise Your Honor that the above-referenced action was settled. The executed STIPULATION AND ORDER OF SETTLEMENT AND DISCONTINUANCE will be submitted to the Court shortly. Additionally, please cancel the Initial Conference currently scheduled for April 11, 2008 at 9:30 a.m.

Respectfully submitted,

Stuart E. Jacobs (SJ 8379)
Assistant Corporation Counsel

cc: BY FAX - (212) 717-3439
Andrew D. Maslow, Esq.
Pro se