*Marrero* (?)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

ANDREW MASLOW,

                                    Plaintiff,

                -against-

THE CITY OF NEW YORK, TONI OWENS, and
JOHN and JANE DOES,

                                    Defendants.

-------------------------------------------------------------------x

**STIPULATION AND
ORDER OF
SETTLEMENT AND
DISCONTINUANCE**

07 CV 10648 (VM)

    **WHEREAS,** plaintiff commenced this action by filing a complaint on or about

November 28, 2007, alleging that defendants violated his constitutional rights; and

    **WHEREAS,** defendants have denied any and all liability arising out of plaintiff's

allegations; and

    **WHEREAS,** the parties now desire to resolve the issues raised in this litigation,

without further proceedings and without admitting any fault or liability;

    **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by

and between the undersigned, as follows:

    1.    This above-referenced action is hereby dismissed with prejudice, and

without costs, expenses, or fees in excess of the amount specified in paragraph "2" below.

    2.    Defendant City of New York hereby agrees to pay plaintiff Andrew

Maslow the total sum of FIFTEEN THOUSAND DOLLARS ($15,000) in full satisfaction of all

claims, including claims for costs, expenses and attorney fees. In consideration for the payment

of this sum, plaintiff agrees to dismissal of all the claims against the City of New York and to

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-8-08

release Toni Owens in her capacity as a present and former employee or agent of the New York City Police Department and any other present or former employees or agents of the New York City Police Department and the City of New York, from any and all liability, claims, or rights of action arising from and contained in the complaint in this action, including claims for costs, expenses and attorney fees.

3.    Plaintiff shall execute and deliver to defendants' attorney all documents necessary to effect this settlement, including, without limitation, a release based on the terms of paragraph "2" above and an Affidavit of No Liens.

4.    Nothing contained herein shall be deemed to be an admission by the City of New York that it has in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5.    Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York.

6.    This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

- 2 -

Dated: New York, New York
April 7, 2008
May

Andrew Maslow, Esq.
275 West 96th Street
New York, NY 10025
(212) 639-6181

MICHAEL A. CARDOZO
Corporation Counsel of the
City of New York
Attorney for Defendants
100 Church Street
New York, N.Y. 10007
(212) 788-0899

By: _____
      Andrew Maslow, Esq.

By: _____
      Stuart E. Jacobs (SJ 8379)
      Assistant Corporation Counsel

SO ORDERED:  8 May 2008

_____
U.S.D.J.

SO ORDERED.  The Clerk of Court is directed to withdraw
any pending motions in this action and to close this case.

SO ORDERED.

5-8-08
Date                          Victor Marrero, U.S.D.J.

- 3 -